UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| COPAN SYSTEMS, INC. | ) Bankruptcy No. 10-14192 MER |
| | ) Chapter 7 |
| *Debtor.* | ) |

**TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Joli A. Lofstedt, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $17,298.38. After making diligent inquiry into the financial affairs of the debtor and the location of the property belonging to the estate, I have determined that these funds were subject to secured liens by Silicon Bank. I have disbursed the funds to Silicon Bank except for $742.52 for personal property tax refunds received in error and a $1,500 payment for Trustee fees and expenses (the "*Payments*"). The Payments were approved by Court Order on May 26, 2011. All bank statements and canceled checks, if any, have been submitted to the United States Trustee. The bank statements reflect a final zero balance and no other funds or assets of the estate remain in my custody. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor has been fully administered. I request that I be discharged from any further duties as trustee.

Date: August 19, 2011.

/s/ Joli A. Lofstedt
Joli A. Lofstedt, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO  80027
(303) 661-9292